UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:10-00167 |
| ) | CHIEF JUDGE HAYNES |
| EAD AWID ) | |

**JOINT MOTION TO CANCEL STATUS CONFERENCE**

The parties hereby jointly move this Honorable Court for an order cancelling the status conference that is currently scheduled before this Court in this case on Friday, March 15, 2013, at 1:30 p.m.

In support of this motion, the parties would show that Mr. Awid was charged with violating the terms and conditions of his supervised release in a petition filed on February 16, 2012. (D.E. 145). Upon motion of the parties and upon Mr. Awid's admission to the alleged violation, this Court entered an agreed order that added a condition to Mr. Awid's supervised release that he participate in domestic violence counseling and reset the hearing for September 2012. (D.E. 155). On September 25, 2012, this Court granted the parties' joint motion to continue the September 28, 2012, revocation hearing because United States Probation Officer Kimberly Haney advised that Mr. Awid was in compliance with the terms and conditions of his supervised release. (D.E 162). A status conference was set by the same order for March 15, 2013. *Id.*

The parties have consulted with United States Probation Officer Kimberly Haney and she has indicated that Mr. Awid remains in compliance with the terms and conditions of his supervised release and is in agreement with the parties that the case should be removed from the Court's docket on March 15, 2013. Mr. Awid's term of supervision is scheduled to expire on July 21, 2013. Mr. Awid will remain on the same terms and conditions of his supervised release.